**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7382**

MELVIN WAYNE MURRAY,

Plaintiff - Appellant,

v.

WEXFORD HEALTH SOURCES, INC.; RUTH PINKNEY, P.A.,

Defendants - Appellees,

and

WARDEN KATHLEEN GREEN; WARDEN RICKY FOXWELL,

Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:17-cv-02574-RDB)

Submitted:  January 16, 2020                          Decided:  February 27, 2020

Before MOTZ, FLOYD, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin Wayne Murray, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Wayne Murray appeals the district court's order granting summary judgment in favor of Defendants Wexford Health Sources, Inc. ("Wexford") and Ruth Pinkney, PA ("Pinkney"), in his 42 U.S.C. § 1983 (2018) action alleging deliberate indifference to his serious medical needs. Murray also appeals the orders denying his motions for counsel, granting Wexford and Pinkney multiple extensions of time to file a dispositive motion, and denying his motion for reconsideration.

We have reviewed the record and identified no reversible error in the district court's grant of summary judgment in favor of Wexford and Pinkney. *See* Fed. R. Civ. P. 56(a); *United States v. Ancient Coin Collectors Guild*, 899 F.3d 295, 312 (4th Cir. 2018) (stating standard of review for summary judgment ruling), *cert. denied*, 139 S. Ct. 1191 (2019). Nor do we find any abuse of discretion in the court's rulings on the motions for counsel, for extensions of time, or for reconsideration. *See Mayfield v. Nat'l Ass'n for Stock Car Auto Racing, Inc.*, 674 F.3d 369, 378 (4th Cir. 2012) (stating standard of review for denial of Fed. R. Civ. P. 59(e) motion); *Lovelace v. Lee*, 472 F.3d 174, 203 (4th Cir. 2006) (stating standard of review for grant of Fed. R. Civ. P. 6(b)(1)(A) extension); *Miller v. Simmons*, 814 F.2d 962, 966 (4th Cir. 1987) (stating standard of review for denial of counsel).

Accordingly, we affirm for the reasons stated by the district court. *Murray v. Wexford Health Sources, Inc.*, No. 1:17-cv-02574-RDB (D. Md. Sept. 28, 2017; July 17, Aug. 6, Sept. 4 & Oct. 24, 2018; filed June 11, 2019 & entered June 12, 2019; Sept. 10, 2019). We deny Murray's motion for appointment of counsel. We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*